ACCEPTED
06-15-00123-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/2/2015 12:09:09 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-15-00123-CR

| | | |
|---|---|---|
| **JOSE DE LA GARZA** | § | **IN THE COURT OF APPEALS** |
| | § | 6th COURT OF APPEALS |
| **VS.** | § | **SIXTH DISTRICT** TEXARKANA, TEXAS |
| | § | 12/2/2015 12:09:09 PM |
| **THE STATE OF TEXAS** | § | **STATE OF TEXAS** DEBBIE AUTREY |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/2/2015 12:09:09 PM
DEBBIE AUTREY
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES STEVEN LOWELL MORTON, the appellant in the above-entitled and numbered cause, by and through his court appointed attorney, and would move the Court to extend the time to file appellant's brief.

### I.

The deadline for filing appellant's brief is December 1, 2015. There has been no previous extension in this cause.

### II.

Counsel has not been able to complete his brief as quickly as he believed possible. Counsel has recently gone through an I.T. switch over at his office, and has brought on a new secretary. Things have been hectic but are starting to smooth out.

### III.

Counsel will not have adequate time to brief the important issues in this case. Counsel requests that an additional 60 days be granted for counsel to file appellant's brief.

### IV.

Counsel has conferred with the State in the past and has been told that the Johnson County DA doesn't object to a first time extension.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that the Honorable Court grant this motion or deliver to appellant any remedy available which the court deems appropriate.

RESPECTFULLY SUBMITTED,

 /s/ Brian Walker_____
BRIAN K. WALKER
ATTORNEY FOR DEFENDANT
4 East Chambers
Cleburne, Texas 76031
(817) 625-2233 Phone
(817) 887-5981 Facsimile
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

Counsel for appellant has not conferred with the DA in this matter but has been told by David Vernon in the past that he never objects to the first request for extension.

 /s/ Brian Walker_____
Brian K. Walker, Attorney for Appellant

## CERTIFICATE OF SERVICE

As attorney of record for appellant, I do hereby certify that a true and correct copy of the above and foregoing document was provided to the Attorney for the State on the date this motion was electronically filed with the court.

 /s/ Brian Walker_____
Brian K. Walker, Attorney for Appellant

**CAUSE NO. 06-15-00123-CR**

| | | |
|---|---|---|
| **JOSE DE LA GARZA** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **SIXTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **STATE OF TEXAS** |

## ORDER ON MOTION FOR EXTENSION OF TIME

On this _____ day of _____, 2015, came on to be considered

the Appellant's Motion For Extension of Time to File Brief and after consideration, it is

the **ORDER** of this Court that said motion be:

( ) **GRANTED**, and that the time for Appellant to file Appellant's brief is

hereby extended until the _____ day of _____, 2015.

( ) **DENIED**, to which ruling Appellant excepts.

SIGNED this _____ day of _____, 2015.

_____
JUSTICE PRESIDING